# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ANIEL O. GRILLASCA PIETRI          *
                                   *
    Plaintiff                     *
                                   *
                                   *   **Civil No. 97-2933(SEC)**
v.                                 *
                                   *
PORTORICAN AMERICAN                *
BROADCASTING CO., INC., et al.     *
                                   *
    Defendants                   *
**********************************

## ORDER

Pursuant to court order, parties in the above-captioned case filed their joint proposed pretrial order on September 1, 1999 **(Docket #19)**. Even though discovery was to have concluded by April 30, 1999, in their Joint Proposed Pretrial Order parties informed the Court that there was still a fair amount of discovery pending; they also informed the Court that defendants planned on filing dispositive motions in the future. Accordingly, they requested the right to file an amended pretrial order once discovery was to have concluded.

Parties have not requested an extension of time in which to conclude discovery from the Court. In light of the fact that discovery has not yet concluded, the case management deadlines are hereby **AMENDED** as follows:

    **\* Deadline for discovery: December 1, 1999**

    **\* Filing of Dispositive Motions: December 15, 1999**

    **\* Filing of Amended Pretrial Order: December 22, 1999**



AO 72A
(Rev.8/82)



Civil No. 97-2933(SEC)                                                                              2

The Court emphatically notes that **no further extensions of time shall be granted.** Failure

by the parties to comply with these deadlines **shall result in the imposition of sanctions.**

**SO ORDERED.**

In San Juan, Puerto Rico, this _3d_ day of  September, 1999.

SALVADOR E. CASELLAS
United States District Judge