IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

_Angel O. Grillasca-Pietri_
Plaintiff(s)

Civil No. 97-2933 (SEC)

v.

_Portorrican American Broadcasting Co., et. al._
Defendant(s)

RECEIVED & FILED
99 DEC -6 AM 7:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## DESCRIPTION OF MOTION

DATE FILED: 11/22/99  DOCKET #: 21  TITLE: _Defendant's opposition to use of expert witness_

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[X] Defendant(s)

DISPOSITION:

[X] GRANTED                [ ] DENIED

[ ] NOTED                  [ ] MOOT

## COMMENTS

The Court has considered this motion along with the plaintiff's opposition (docket #22) and finds that the plaintiff has not fully complied with the requirements of Fed. R. Civ. P. 26(a)(2)(B) and has therefore caused prejudice to defendants.

2 DEC 99
DATE

SALVADOR E. CASELLAS
United States District Judge

(2)