IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

_Aniel O. Grillasca-Pietri_
Plaintiff(s)

v.

_Portorican American Broadcasting Co., et. al._
Defendant(s)

Civil No. 97-2933 (SEC)

RECEIVED & FILED
00 JAN 20 AM 8:08
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

## DESCRIPTION OF MOTION

DATE FILED: 1/5/00   DOCKET #: 29   TITLE: _Motion for Extension of Time to Oppose Defendant's Motion for Partial Summary Judgement_

[X] Plaintiff(s)   [ ] Third Party Defendant(s)
[ ] Defendant(s)

DISPOSITION:

[X] GRANTED          [ ] DENIED

[ ] NOTED            [ ] MOOT

## COMMENTS

_Until January 24, 2000._

19 I 00
DATE

SALVADOR E. CASELLAS
United States District Judge