UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANIEL O. GRILLASCA-PIETRI
   Plaintiff
      v.                                  Civil No. 97-2933(SEC)
PORTORRICAN AMERICAN
BROADCASTING, CO., INC., et. al.
   Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| **Docket #30** Motion Regarding Discovery of Expert Witness | **Granted**. The deadline for discovery in regards to the expert witness is therefore extended until **April 30, 2000**. The **Amended Pre-Trial Order** is due on **May 12, 2000**. |

DATE: January 21, 2000

SALVADOR E. CASELLAS
United States District Judge

