UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILE
'00 FEB 14 AM 9
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN P R

ANIEL O. GRILLASCA-PIETRI
   Plaintiff

        v.                      Civil No. 97-2933(SEC)

PORTORICAN AMERICAN
BROADCASTING CO., INC., et. al.
   Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Docket #34<br>**Request for Permission to File Reply to Opposition** | **Granted**, until February 25, 2000. |

DATE: February 11, 2000

*/s/ Salvador E. Casellas*
SALVADOR E. CASELLAS
United States District Judge