UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANIEL O. GRILLASCA-PIETRI
   Plaintiff
       v.                Civil No. 97-2933(SEC)
PORTORRICAN AMERICAN
BROADCASTING, CO., INC., et. al.
   Defendants



## ORDER

| MOTION | RULING |
| --- | --- |
| **Docket #38**<br>**Request to Supplement Motion for Summary Judgment** | **Denied**, inasmuch as Defendant's summary judgment motion is pending before the Court since December 15, 1999, **(Docket #24)**, the opposition and reply have been filed and the matter is already under the advisement of the Court as of February 25, 2000. **(See Dockets # 33 &36)**. Any further delays in the consideration of this matter at this juncture will only cause undue prejudice and a congestion in the Court's docket. In addition, in light of the Supreme Court's recent holding in <u>Carolyn C. Cleveland v. Policy Management Systems Corporation, et. al.</u>, 526 U.S. 795 (1999), a disability award under the Social Security Act is not determinant or dispositive of a plaintiffs' ADA claims. <u>Id.</u> at 797-798. The standard on summary judgment remains that the plaintiff must make "a showing sufficient to establish the existence of an element essential to [his] case, and on which [he] will bear the burden of proof at trial." <u>Id.</u> at 805-806." And the plaintiff still bears the burden of proof to establish that he is disabled within the meaning of the act. <u>Id.</u> at 806. Under <u>Cleveland</u>, <u>supra</u>, Plaintiff must simply provide a sufficient explanation for the apparent contradiction. <u>Id.</u> at 806.<br>Finally, the Court notes that the alleged "new evidence of a social security claim" is not so "new". Defendant's own exhibit confirms that the Plaintiff had authorized access to his file at the social security administration since June 11, 1999. **(Docket #39, Exhibit 1)**. |
| **Docket #39**<br>**Motion Regarding New Evidence in Support of Summary Judgment** | **Denied.** <u>See</u> above. |



DATE: May 15, 2000

SALVADOR E. CASELLAS
United States District Judge