UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANIEL O. GRILLASCA-PIETRI
    Plaintiff
        v.                      Civil No. 97-2933(SEC)
PORTORRICAN AMERICAN
BROADCASTING, CO., INC., et. al.
    Defendants



## ORDER

| MOTION | RULING |
|---|---|
| **Docket #44**<br>**Motion for Reconsideration** | **Granted.** However, the Court **ORDERS** Plaintiff to file its opposition to Defendant's partial supplement, **(Docket #41)**, within twenty days from this Order. The Court will not grant any extensions of time except upon a showing of good cause. In addition, the Court notes for the record that Plaintiff's non compliance with the terms of Fed.R.Civ.P. 26(e) has caused substantial prejudice to the other party and has delayed the proceedings before the Court. |

DATE: May 25, 2000

                                            SALVADOR E. CASELLAS
                                            United States District Judge


