IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANIEL O. GRILLASCA-PIETRI | * |
| Plaintiff | * |
| v. | * Civil No. 97-2933(SEC) |
| PORTORRICAN AMERICAN BROADCASTING, CO., INC., et. al. | * |
| Defendants | * |

## ORDER

By order of the Court, the above-captioned case is hereby transferred to the docket of the recently appointed U.S. District Judge for the District of Puerto Rico, Hon. Jay García-Gregory, subject to his approval pursuant to Local Rules 302(2) and 302(7).

**SO ORDERED.**

In San Juan, Puerto Rico, this 7TH day of August, 2000.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev. 8/82)