UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **PRE-TRIAL AND SETTLEMENT CONFERENCE REPORT** | DATE : **August 28, 2002** |
| BEFORE HONORABLE JAY A. GARCIA-GREGORY | DURATION: 3 hours |
| | CASE NO: 97-2933 (JAG) |
| LAW CLERK: Luis E. Perez | |

| | |
|---|---|
| ANIEL O. GRILLASCA-PIETRI<br>**Plaintiff**<br>v.<br>PORTORICAN AMERICAN BROADCASTING, CO., INC., et al.<br><br>**Defendants** | **Attorneys for Plaintiffs:**<br>Zuleika Llovet-Zurinaga, Esq.<br><br>**Attorneys for Defendants:**<br>Jorge P. Sala, Esq. |

**PRE-TRIAL AND SETTLEMENT CONFERENCE REPORT**

The Court met with the parties for a Pre-Trial and Settlement Conference. The Court adopted the Proposed Pre-Trial Report, as further amended during the Pre-Trial and Settlement Conference, pursuant to Fed. R. Civ. P. 16(b). The parties are too far apart for settlement purposes at this time; they shall continue to explore settlement prospects.

The Court allowed defendants to take plaintiff's deposition before trial and to receive plaintiff's updated psychological records. The parties are barred from filing any dispositive motions at this stage of the proceedings. Trial in this matter


② CT Deputy
Jury Clerk


59

shall be held on November 25, 2002 at 9:30 AM. The parties shall tender jury instructions, a short statement of the case, a proposed voir dire, and a verdict form by November 19, 2002. Jury selection shall take place before Magistrate-Judge Gustavo Gelpi on November 22, 2002.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13th day of September 2002.

_____
JAY A. GARCIA-GREGORY
United States District Judge