# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



ANIEL O. GRILLASCA PIETRI
  **Plaintiff(s)**

v.                                       CIVIL NO.   97-2933 (JAG)

PORTORICAN AMERICAN
BROADCASTING, CO., INC.; ALFONSO
GIMENEZ PORRTA; JANE DOE
  **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/4/2002<br>**Title:** Motion for Voluntary Dismissal under Rule 41(a)(1) FRCP pursuant to Settlement Agreement<br>**Docket(s):** 61<br><br>X Plaintiffs    ☐ Third Party<br>X Defendant(s)  ☐ Other | GRANTED. Judgment shall enter accordingly. |

Date: November 5, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge