IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANIEL O. GRILLASCA PIETRI
**Plaintiff(s)**

v.                                          CIVIL NO. 97-2933 (JAG)

PORTORICAN AMERICAN
BROADCASTING CO., INC.; ALFONSO
GIMENEZ PORRATA; JANE DOE
**Defendant(s)**

---

**JUDGMENT**

Pursuant to the Order of this date and to the parties' settlement agreement approved by this Court, this action is dismissed with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of November, 2002.

JAY A. GARCIA-GREGORY
United States District Judge